**Order entered September 10, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00314-CV

## IN RE SCOTT PELLEY, P.C., SCOTT PELLEY, AND THE PELLEY FAMILY LIMITED PARTNERSHIP

**Original Proceeding from the 15th Judicial District Court
Grayson County, Texas
Trial Court Cause No. CV-11-1026**

### ORDER

Relators have filed a motion for clarification and enforcement of our August 31, 2021 order in this case directing the trial court to rule within thirty days on Relators' Request for Order to Return $400,000 Deposit in Lieu of Bond Wrongfully Distributed by the District Clerk and Motion for Entry of Amended Judgment for Damages (the motion). Relators inform us that the trial court has indicated there will be an evidentiary hearing on the motion and the court will hear evidence from both sides concerning the motion. Relators state that our order did not remand the case to the trial court for additional evidence but only ordered the trial court to rule on the motion. Relators ask that we order the trial judge not to conduct any further evidentiary hearings in this matter.

The motion was not on appeal but remained before the trial court while Relators sought a petition for writ of mandamus. The trial court has yet to rule on the motion, so it has remained pending before the trial court since Relators filed it nearly two years ago on October 25, 2019. Just as this Court declines to instruct the trial court on how to rule on the motion, we also decline to instruct the trial

court on what hearings it may conduct and what evidence it may consider in reaching that ruling. Such matters are within the discretion of the trial court.

Accordingly, Relators' motion for clarification and enforcement seeking an order instructing the trial court not to conduct further evidentiary hearings is **DENIED**.


/s/ LANA MYERS
   JUSTICE